174 So. 795

Sandy WITT, Sr., v. STATE.

6 Div. 117.

Supreme Court of Alabama.

May 20, 1937.

Rehearing Denied June 17, 1937.

Ernest Matthews and J. Reese Murray, both of Birmingham, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

FOSTER, Justice.

Petition of Sandy Witt, Sr., for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Witt v. State, 27 Ala.App. 409, 174 So. 794.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.